IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARK E. REDDEMANN,

    Plaintiff,

v.

NORTHERN STATES POWER COMPANY,

a Minnesota Corporation,

    Defendant.

Case No. 10 CV 00734

Judge Crabb

---

## STIPULATION AND ORDER FOR DISMISSAL

---

The parties stipulate that the Complaint in this matter be dismissed with prejudice and without costs to either party and that the Court should issue the below Order.

FOX & FOX, S.C.

FOLEY & LARDER LLP

BY:   s/ Randall B. Gold
     Attorneys for Plaintiff Mark
     E. Reddemann

BY:   s/ Lawrence T. Lynch
     Attorneys for Defendant Northern
     States Power Company, a
     Minnesota Corporation